UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAHMOUD JASSIM KADHU
AL ABBASI,

   Plaintiff,

                 Civil No. 2:08cv13706

v.

                 HON. PATRICK J. DUGGAN
MICHAEL B. MUKASEY, Attorney   MAG. JUDGE R. STEVEN WHALEN
General of the United States; *et al.*

   Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

  Plaintiff and Defendants, by and through their undersigned attorneys, hereby stipulate to the entry of an order dismissing the above-captioned case with prejudice, with each party bearing his/its own costs and attorney fees.

| | |
|---|---|
| NICHOLS & EBERTH, P.C. | TERRENCE BERG<br>Acting United States Attorney |
| */s/ Paul A. Saba* (w/consent)<br>PAUL A. SABA (P69791)<br>Attorney for Plaintiff<br>22374 Garrison<br>Dearborn, Michigan 48124<br>(313) 561-5700<br>paulsaba@gmail.com | */s/ Susan K. DeClercq*<br>SUSAN K. DeCLERCQ (P60545)<br>Assistant U.S. Attorney<br>Attorneys for Defendant<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226-3211<br>(313) 226-9149<br>susan.declercq@usdoj.gov |

Dated: February 26, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAHMOUD JASSIM KADHU
AL ABBASI,

      Plaintiff,

                                  Civil No. 2:08cv13706

v.

                                HON. PATRICK J. DUGGAN
MICHAEL B. MUKASEY, Attorney    MAG. JUDGE R. STEVEN WHALEN
General of the United States; *et al.*

      Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

      Upon the filing of a stipulation for dismissal by the parties, it is hereby ordered that this case shall be dismissed with prejudice, without an award of costs or attorney fees to any party.

      **IT IS SO ORDERED**.

                            S/Patrick J. Duggan
                            Patrick J. Duggan
                            United States District Judge

Dated: February 26, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 26, 2009, by electronic and/or ordinary mail.

                            S/Marilyn Orem
                            Case Manager